# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

145665(33)(34)

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                SC: 145665
                                                 COA: 306906
                                                 Oakland CC: 2007-216394-FC
KEVIN DARNELL RAGLAND,
            Defendant-Appellant.
_____/

On order of the Court, the motion for reconsideration of this Court's November 20, 2012 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion to stay and abey proceedings is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013                          _____
                                                           Clerk

d0325